UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND,

    Plaintiff,

v.                                        Case No.  8:06-cv-653-T-24 MSS

MELANIE SHAW,

    Defendant.
_____/

## **ORDER**

This case is referred to the Honorable Mary Scriven for supervision and determination of all pretrial proceedings and motions pursuant to Local Rule 6.01 and 28 U.S.C. § 636.  With respect to those matters or motions in which the magistrate judge is not authorized to enter an operative order, Judge Scriven is directed to file a report and recommendation to the undersigned district  judge.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of August, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record