UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND,

    Plaintiff,

vs.                               Case No. 8:06-cv-653-T-24MSS

MELANIE SHAW,

    Defendant.

_____

## **O R D E R**

This Cause comes before the Court on its own motion. Upon examination of the file in the above-styled action, the undersigned has determined that there is cause for recusal. Accordingly, the undersigned recuses herself from all further participation in this case. The Clerk of the Court is instructed to reassign this case to another District Judge under the blind filing system established pursuant to the rules of this Court.

**DONE AND ORDERED** in Chambers at Tampa, Florida this 7th day of February, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge